IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUBEN SANTOYO,

    Plaintiff,

v.

    Oak Lawn Police Department,
    Defendants.

Case No.

**1:24-cv-01365**
**Judge Charles P. Kocoras**
**Magistrate Judge Heather K. McShain**
**CAT 2/RANDOM**

RECEIVED
FEB 1 6 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Complaint

**Introduction:**

Plaintiff, Ruben Santoyo, brings this action against the Oak Lawn Police Department (Defendant's) and its officers, alleging violations of his Fourth and Fourteenth Amendment rights under 42 U.S. Code § 1983.

**Parties:**

Plaintiff, Ruben Santoyo, is a resident of Alsip, IL and is filing this action individually and on behalf of all others similarly situated who have been subject to similar violations of their constitutional rights.

Defendant Oak Lawn Police Department is a law enforcement agency located in Oak Lawn, Illinois.

**Jurisdiction and Venue:**

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S. Code § 1331, as it involves federal questions related to violations of constitutional rights under 42 U.S. Code § 1983. Venue is proper in this district pursuant to 28 U.S. Code § 1391(b), as a substantial part of the events or omissions giving rise to the claim occurred in this district.

**Factual Background:**

On February 11 2024, Plaintiff was present at the Panera Bread located at 10553 S Cicero Ave, Oak Lawn, IL 60453, where Plaintiff was working on a laptop and consuming tea.

Without probable cause, two officers from the Oak Lawn Police Department approached Plaintiff and demanded identification, subsequently subjecting Plaintiff to an unwarranted search without consent.

Despite Plaintiff's cooperation and lack of any disruptive behavior, the two officers forcibly removed Plaintiff from the premises.

The actions of the two officers violated Plaintiff's rights under the Fourth and Fourteenth Amendments of the United States Constitution.

Furthermore, Plaintiff attempted to follow up with the Oak Lawn Police Department by contacting Chief Daniel Vittorio, Division Chief Gerald Vetter, and Division Chief James Cummings via email on 2/11/2024, expressing concerns about the incident and requesting follow-up action to investigate the matter thoroughly.

Despite this attempt, Plaintiff received no response from any of the individuals, indicating a failure to address or acknowledge Plaintiff's legitimate concerns.

Additionally, Plaintiff alleges that individuals associated with Panera Bread falsified a police report, leading to the unwarranted actions of the Oak Lawn Police Department. Despite Plaintiff's inquiries and requests for investigation into the falsified report,

The Oak Lawn Police Department, Chief Daniel Vittorio, Division Chief Gerald Vetter, and Division Chief James Cummings have failed to take appropriate steps to hold the individuals accountable for their actions.

**Claim for Relief:**

Violation of Fourth and Fourteenth Amendment Rights:

- Allegation: The actions of the Oak Lawn Police Department and its officers, violated Plaintiff's Fourth and Fourteenth Amendment rights under 42 U.S. Code § 1983.

- Relief Requested: Plaintiff seeks injunctive relief requiring the Oak Lawn Police Department and its officers to cease unconstitutional practices, as well as compensatory damages, punitive damages, and any other relief deemed just and proper by the Court for the violations of Plaintiff's constitutional rights.

**Failure to Investigate and Respond:**

- Allegation: The Oak Lawn Police Department, Chief Daniel Vittorio, Division Chief Gerald Vetter, and Division Chief James Cummings have failed to adequately investigate the falsified police report and have neglected to take appropriate steps to hold the individuals who falsified the report accountable for their actions.

- Relief Requested: Plaintiff requests injunctive relief requiring the Oak Lawn Police Department and its officers to conduct a thorough investigation into the falsification of the police report and to take appropriate disciplinary or legal action against the individuals responsible. Additionally, Plaintiff seeks compensatory damages, punitive damages, and any other relief deemed just and proper by the Court for the harm caused by the failure to investigate and respond.

**Prayer for Relief:**

Wherefore, Plaintiff requests that this Court:

a. Enter judgment in favor of Plaintiff and against Defendants on all counts;

b. Award Plaintiff compensatory damages, punitive damages, and any other appropriate relief;

c. Grant injunctive relief requiring the Oak Lawn Police Department and its officers to cease unconstitutional practices;

d. Award Plaintiff reasonable attorney's fees and costs incurred in prosecuting this action;

e. Grant such other and further relief as the Court deems just and proper.

**Jury Demand:**

Plaintiff demands a trial by jury on all claims so triable.


Exhibits

Exhbit A: Email Correspondence

**Follow-Up Request Regarding Falsified Police Report**



Me <ruben@sailphones.com>
Sun, 11 Feb 2024 8:56:54 PM -0600

To    "DVittorio" <DVittorio@oaklawn-il.gov>

Cc    "gvetter" <gvetter@oaklawn-il.gov>, "jcummings" <jcummings@oaklawn-il.gov>

---

Dear Oak Lawn Police Department Contact,

I hope this email finds you well. I am writing to follow up on a previous interaction with your department regarding an incident that occurred at Panera Bread located at 10553 S Cicero Ave, Oak Lawn, IL 60453, on 2/11/2024, at approximately 7:28 PM.

During this incident, I was questioned by officers from your department based on allegations of criminal trespassing stemming from a falsified police report made by individuals at Panera Bread. As per our previous communication, I submitted a FOIA request to obtain relevant records, including the distress call and body-worn camera footage from the responding officers.

I am deeply concerned about the implications of false reporting and the potential misuse of law enforcement resources. Therefore, I am requesting follow-up action from your department to investigate this matter thoroughly and take appropriate steps to hold the individual(s) accountable for their actions.

I urge you to prioritize this investigation and take swift action to ensure justice is served. If there is any additional information or assistance, I can provide to support your efforts, please do not hesitate to reach out to me.

Thank you for your attention to this matter, and I look forward to your prompt response.

Sincerely,

Ruben Santoyo
Sail Phones Media

Exhbit A

DATE: February 16, 2024       BY:   /s/ Ruben Santoyo
                                    Pro Se Litigant

Ruben Santoyo, Pro Se Litigant
11701 S Laramie Ave.
Alsip, IL 60803
808-800-9918

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing Complaint with the Clerk of Court using the court's electronic filing system, which will send notification of such filing to all parties registered for electronic service.

/s/ Ruben Santoyo
Pro Se Litigant